# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| J.D. LONG, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 2:11-CV-0294-RWS |
| DANE KIRBY, *et al.*, : | |
| : | |
| Defendants. : | |

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [33] of Magistrate Judge Susan S. Cole. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Plaintiff's Motion to Amend Complaint [21] is hereby **GRANTED**. The Clerk is **DIRECTED** to substitute Michael D. McMunn for the Unidentified Medical Doctor in the style of this case.

**SO ORDERED**, this  21st  day of May, 2012.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)